Eastbrook Legal Group
383 East 35th Street
Brooklyn, NY 11203
Tel: (718) 450-1552
*Mailing Address*:
1557 Buford Dr.#, 491930
Lawrenceville, GA 30049
(Tel) 646-54070
efilenotice@eastbrooklegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In the Matter of | |
|---|---|
| | CHAPTER 13 |
| | Case No.: 21-42609-nhl |
| YVETTE C. HOYER, | |
| Debtor. | |

NIGEL E. BLACKMAN, ESQ. herein declares as follows:

1. I am associated with the firm, EASTBROOK LEGAL GROUP, attorneys for the Debtor, YVETTE C.HOYER.
2. I make this certification in support of an application to voluntarily dismiss the instant bankruptcy case pursuant to FRBP § 1017.
3. The Debtor caused a petition for relief under the Bankruptcy Code to be filed on or about October 14, 2021.
4. The debtor has been ill advised and did not realize that there may have been other legal remedies to explore and exhaust before coming to the steps of the bankruptcy court.
5. Furthermore, although filed in good faith the objective sought by the debtor, by filing the bankruptcy, will not be solved or even addressed in a case filed under Chapter 13.
6. The Debtor shall be seeking the appropriate relief by filing an application for leave to reopen her chapter 7 case and seeking to expunge the particular claim of a specific creditor.

7. There are no motions pending to convert this case to another chapter.

8. There are no motions pending to dismiss this case with prejudice.

    WHEREFORE, Debtor prays for an Order (1) dismissing the above captioned Chapter 13 case; and (2) for such other and further relief as this court deems just and proper seems just and proper.

Dated:    October 25, 2021

                                              EASTBROOK LEGAL GROUP

                                                                /s/
                                      _____
                                         Nigel E. Blackman, Esq.