```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
In the Matter of
                                    CHAPTER 13
                                    Case No.: 21-42609-nhl
        YVETTE HOYER,

                    Debtor.
```

## AFFIDAVIT OF DEBTOR

YVETTE HOYER, duly sworn deposes and says as follows:

1. I am the debtor in the above captioned case.
2. I caused this case to be filed in order to stop a foreclosure sale on my property scheduled for October 14, 2021.
3. I took advice from some self-proclaimed modification loan officer who was trying to have me transfer my deed to him and told me he could assist me as long as I filed a Chapter 13 case.
4. After I filed the petition I then spoke with my attorney who assisted me in my previous chapter 7 case and he informed me that I did the wrong thing as I would not be able to qualify and the case would be dismissed.
5. I also informed him of the documentation we subsequently found regarding the alleged creditors seeking to foreclose.
6. He has advised me to dismiss this case and reopen my chapter 7 case or to the Federal district court to vacate the judgment.
7. I herein request that this Chapter 13 case be dismissed as immediate as possible.

Dated:     October 24, 2021

_____/s/ Yvette Hoyer_____
                                                            Yvette Hoyer

Sworn to before me this 25th day of October, 2021


_____/s/ Roger Anthony Brown_____
Notary, ROGER ANTHONY BROWN
Reg: 01BR6253070
Commissioned in New York County
Commission Expires:  December 19, 2023